PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jacob Andrew Bush**

**Docket No. 0:02CR00022-1(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jacob Andrew Bush** who was sentenced on September 13, 2002, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Alcohol Aftercare
Mental health aftercare
Financial disclosure
No new credit without approval
$2,200 restitution

*MODIFIED as of 10/14/04*:

25 hours of community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.

On October 22, 2004, and November 3, 2004, the defendant failed to report for breathalyser and urine testing per code-a-phone instructions.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

SCANNED
DEC 0 2 2004
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 1st day of Dec, 2004, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

Respectfully,

Joan L. White
U.S. Probation Officer

Place St. Paul
Date November 30, 2004

c: United States Sentencing Commission