Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Jacob Andrew Bush

Docket No. 0:02CR00022-1(DSD)

**HEARING WAIVER**

I, Jacob Andrew Bush, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: Jacob A Bush

Jacob Andrew Bush
Supervised Releasee

Witness: Joann H. White

Dated: 29 NOV 04

SCANNED
DEC 0 2 2004
U.S. DISTRICT COURT MPLS